IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                              **PLAINTIFF**

**VS.**                          **4:21-CV-00699-BRW**

**BUREAU OF DEMOCRACY**                                        **DEFENDANT**

**JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 4th day of August, 2021

                                              Billy Roy Wilson
                                              UNITED STATES DISTRICT JUDGE