# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TERRY LAMAR MCCOY**
**ADC #654559**                                                                                    **PLAINTIFF**

v.                              No. 4:21-cv-699-DPM

**BUREAU OF DEMOCRACY, "Human Rights"**                                          **DEFENDANT**

## ORDER

Motion, *Doc. 6*, denied. The Court notes and appreciates McCoy's explanation. But this case has been closed for more than four years. The Court declines to reopen it.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2026